IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SUSAN WADE and )
JEFFREY REID MEADOWS, JR. )
)
v. ) NO. 3:16-2633
)
AMERICAN NATIONAL LIFE )
INSURANCE COMPANY )

O R D E R

On November 28, 2016, Plaintiff filed a notice of voluntary non-suit pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure without prejudice (Docket Entry No. 7).

Therefore, the Clerk of Court shall forward this file to the Honorable Kevin H. Sharp, Chief Judge, for his consideration of the voluntary non-suit.

The initial case management conference scheduled for December 5, 2016, is CANCELLED. Unless otherwise ordered by the Court, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge